WILLIAM BLUMENTHAL
General Counsel

QUISAIRA A. WHITNEY
RICHARD MCKEWEN
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-238
Washington, DC  20580
(202) 326-2351; 3071 / (202) 326-3395 (fax)
qwhitney@ftc.gov; rmckewen@ftc.gov
*Counsel for Plaintiff Federal Trade Commission*

BILL LOCKYER
Attorney General of the State of California
ALBERT NORMAN SHELDEN
Senior Assistant Attorney General
MARGARET REITER
Supervising Deputy Attorney General

IAN K. SWEEDLER (169969)
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 703-5597 / (415) 703-5480 (fax)
ian.sweedler@doj.ca.gov
*Counsel for Plaintiff The People of the State of California*

JOHN CHU (104302)
Corporate Counsel Law Group, LLP
505 Sansome Street, Suite 475
San Francisco, CA 94111
(415) 989-5300/ (415) 788-4315
jchu149@yahoo.com
*Counsel for Defendants Optin Global, Inc., Vision Media Limited Corp., Rick Yang, and Peonie Pui Ting Chen*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al. ) | CV No. 05-1502-SC |
| Plaintiffs, ) | |
| v. ) | **JOINT STIPULATION OF PRETRIAL SCHEDULE** |
| OPTIN GLOBAL, INC., et al., ) | |
| Defendants. ) | |

1   In accordance with the discovery timetable and case management schedule adopted by the
2   Court at the status conference conducted on August 18, 2005, the parties in the above-captioned
3   civil action hereby stipulate and agree to the following pretrial schedule:

| Description | Deadline |
|---|---|
| Rule 26(a)(1) Disclosures | 8/15/05 |
| First Set of Interrogatories and Document Production Requests to be served | 10/1/05 |
| Fact Depositions Begin | 11/17/05 |
| Last Day to Amend Pleadings or Add Parties | 11/17/05 |
| Rule 26(e)(1) Supplementation | 11/17/05 |
| Last Day for Factual Depositions | 1/09/06 |
| Last Day to File Supplementary Discovery Requests | 2/6/06 |
| Rule 26(a)(2) Disclosures | 2/20/06 |
| Last Day for Expert Depositions | 3/10/06 |
| Discovery Cut off | 3/10/06 |
| Last Day to File Dispositive Motions | 4/28/06 |
| Motions Hearing 10:00 a.m. in Courtroom 1 | 6/23/06 |
| Pretrial Conference 10:00 a.m. in Courtroom 1 | 7/28/06 |
| Trial 9:30 a.m. in Courtroom 1 | 7/31/06 |

Pursuant to the foregoing schedule, the status hearing calendared for November 18, 2005 (*see*
Docket No. 29, page 21) is cancelled, and the motions hearing calendared for February 24, 2006

(*see* Docket No. 36) is continued until June 23, 2006.

_____/s/_____
Quisaira A. Whitney
Richard McKewen
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-238
Washington, DC  20580
Phone:   (202) 326-2351 (Whitney)
         (202) 326-3071 (McKewen)
Fax:     (202) 326-3395
E-mail:  qwhitney@ftc.gov
         rmckewen@ftc.gov

COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION

Dated:   August 26, 2005

_____/s/_____
John Chu (104302)
Corporate Counsel Law Group, LLP
505 Sansome Street, Suite 475
San Francisco, CA 94111
Phone:   (415) 989-5300
Fax:     (415) 788-4315
E-mail:  jchu149@yahoo.com

COUNSEL FOR DEFENDANTS OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, and PEONIE PUI TING CHEN

Dated:   August 26, 2005

_____/s/_____
Ian K. Sweedler (169969)
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Phone:   (415) 703-5597
Fax:     (415) 703-5480
E-mail:  ian.sweedler@doj.ca.gov

COUNSEL FOR PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA

Dated:   August 26, 2005

**SO ORDERED.**

Dated:  August 29, 2005

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*Judge Samuel Conti*