1  WILLIAM BLUMENTHAL
   General Counsel
2
   QUISAIRA A. WHITNEY
3  RICHARD McKEWEN
   Federal Trade Commission
4  600 Pennsylvania Avenue, NW, H-238
   Washington, DC  20580
5  (202) 326-2351; 3071/ (202) 326-3395 (fax)
   qwhitney@ftc.gov; rmckewen@ftc.gov
6  *Counsel for Plaintiff Federal Trade Commission*

7  BILL LOCKYER
   Attorney General of the State of California
8  ALBERT NORMAN SHELDEN
   Senior Assistant Attorney General
9  MARGARET REITER
   Supervising Deputy Attorney General
10
   IAN K. SWEEDLER (169969)
11 Deputy Attorney General
   Office of the Attorney General
12 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102
13 (415) 703-5597 / (415) 703-5480 (fax)
   ian.sweedler@doj.ca.gov
14 *Counsel for Plaintiff The People of the State of California*

15 JOHN CHU (104302)
   Corporate Counsel Law Group, LLP
16 505 Sansome Street, Suite 475
   San Francisco, CA 94111
17 (415) 989-5300 / (415) 788-4315
   jchu149@yahoo.com
18 *Counsel for Defendants Optin Global, Inc., Vision Media
   Limited Corp., Rick Yang, and Peonie Pui Ting Chen*

19

20                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
21                      **San Francisco Division**

22

23  FEDERAL TRADE COMMISSION, et al.
                                              CV No. 05-1502-SC
24          Plaintiffs,
                                              **STIPULATED REQUEST FOR**
25          – v. –                            **MODIFICATION OF PRETRIAL**
                                              **SCHEDULE**
26  OPTIN GLOBAL, INC., et al.,

27          Defendants.                       ORDER

28

**STIPULATED REQUEST FOR MODIFICATION OF PRETRIAL SCHEDULE**

Pursuant to Local Civil Rules 6-2 and 7-12, Plaintiffs Federal Trade Commission ("Commission" or "FTC") and People of the State of California, and Defendants Optin Global, Inc., Vision Media Limited Corp., Rick Yang, also known as Qing Kuang Yang, and Peonie Pui Ting Chen hereby stipulate to and jointly request that the Court modify the pretrial schedule adopted by the Court on August 29, 2005. In support of their request, the parties state as follows:

1. Plaintiffs filed their Complaint in this action against Defendants on April 12, 2005, alleging violations of Sections 5(a), 13(b), and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a), 53(b), and 57b (2004); Sections 5(a), 7(a), (d), and (f) of the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("CAN-SPAM Act"), 15 U.S.C. §§ 7704, 7706(a), (d), and (f) (2004); and Sections 17203, 17204, 17206, 17529.6, 17535, and 17536 of the California Business and Professions Code, Cal Bus. & Prof. Code §§ 17203, 17204, 17206, 17529.6, 17535, and 17536 (West 1997 & Supp. 2004). Upon the stipulation of all parties, the Court entered a preliminary injunction against Defendants on June 21, 2005. On June 27, 2005, Defendants filed their Answer.

2. On August 29, 2005, upon the stipulation of all parties, the Court entered an initial case management order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure setting forth a discovery timetable and pretrial schedule.

3. Since that the date, the parties have been actively engaged in settlement discussions and have been steadily progressing towards a negotiated settlement that would dispose of all of Plaintiffs' claims against Defendants.

4. The parties agree that an extension of the discovery timetable and pretrial schedule is necessary to permit settlement discussions to continue and to give undersigned counsel sufficient time to obtain necessary authorizations to stipulate to the entry of a final judgment in this action.

//
//

1    5. This is the first time the parties have sought an extension of the discovery timetable
2 and pretrial schedule in this action.

4    WHEREFORE, the parties respectfully request that the Court modify the discovery
5 timetable and pretrial schedule in this civil action as follows, with dates and times for a motions
6 hearing, pretrial conference, and trial to be determined as the Court's calendar permits:

| Description | New Deadline |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 1/20/06 |
| Last Day for Factual Depositions | 2/17/06 |
| Last Day to File Supplementary Discovery Requests | 3/17/06 |
| Rule 26(a)(2) Disclosures | 3/31/06 |
| Last Day for Expert Depositions | 4/21/06 |
| Discovery Cut off | 4/21/06 |
| Last Day to File Dispositive Motions | 6/12/06 |
| Motions Hearing | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |

//
//
//
//
//
//

Stipulated Request
for Modification of Pretrial Schedule          Page 3 of 4

Respectfully submitted,

| /s/ | 12/7/05 |
|---|---|
| Quisaira A. Whitney | Date |

Richard McKewen  
Federal Trade Commission  
600 Pennsylvania Avenue, NW, H-238  
Washington, DC  20580  
Phone: (202) 326-2351 (Whitney)  
       (202) 326-3071 (McKewen)  
Fax:   (202) 326-3395  
Email: qwhitney@ftc.gov  
       rmckewen@ftc.gov  

COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION

| /s/ | 12/7/05 |
|---|---|
| John Chu (104302) | Date |

Corporate Counsel Law Group, LLP  
505 Sansome Street, Suite 475  
San Francisco, CA 94111  
Phone: (415) 989-5300  
Fax:   (415) 788-4315  
Email: jchu149@yahoo.com  

COUNSEL FOR DEFENDANTS OPTIN GLOBAL, INC., VISION MEDIA LIMITED CORP., RICK YANG, and PEONIE PUI TING CHEN

| /s/ | 12/7/05 |
|---|---|
| Ian K. Sweedler (169969) | Date |

Deputy Attorney General  
Office of the Attorney General  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102  
Phone: (415) 703-5597  
Fax:   (415) 703-5480  
Email: ian.sweedler@doj.ca.gov  

COUNSEL FOR PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA

Date: 12/8/05

**DENIED**

*Judge Samuel Conti*

PURS~~UANT TO STIPULATION~~,  
IT IS S~~O ORDERED~~

_____  
SAMUEL CONTI  
UNITED STATES DISTRICT JUDGE

The trial has been set for 7/31/06  
SC.

Stipulated Request  
for Modification of Pretrial Schedule     Page 4 of 4